IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **CHARLES DABBS,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | |
| vs. | ) | CASE NO.   13-212-SCW |
| | ) | |
| **JAMES FENOGLIO, WEXFORD HEALTH,** | ) | |
| **INC., DR. PHIL MARTIN, MARC HODGE,** | ) | |
| **NOREEN BAKER, and WEXFORD HEALTH** | ) | |
| **SOURCES, INC.,** | ) | |
| | | |
| Defendant(s). | | |

**JUDGMENT IN A CIVIL CASE**

Defendants WEXFORD HEALTH, INC. DR PHIL MARTIN and MARC HODGE were dismissed without prejudice on March 22, 2013, by an Order entered Chief Judge Michael J. Reagan (Doc. 7).

Defendants DR. PHIL MARTIN and NOREEN BAKER were dismissed with prejudice on April 24, 2015 by an Order entered by Chief Judge Michael J. Reagan (Doc. 95).

Defendant JAMES FENOGLIO was terminated by substitution on November 5, 2015 by an Order entered by Magistrate Judge Stephen C. Williams (Doc. 123).

THEREFORE, judgment is entered in favor of Defendants **JAMES FENOGLIO, DR. PHIL MARTIN,** and **NOREEN BAKER**, and against Plaintiff **CHARLES DABBS**.

All remaining claims are dismissed with prejudice pursuant to the parties settlement agreement in accordance with Order entered by Magistrate Judge Stephen C. Williams on November 20, 2015 (Doc. 120).

The Plaintiff should take notice of the fact that he has 28 days from the date of this judgment for filing a motion for new trial or motion to amend or alter judgment under Rule 59(b) or (e) of the Federal Rules of Civil Procedure.   These deadlines for motions under

Rule 59 cannot be extended by the Court.     The Plaintiff should also note that he has 30 days from the date of this judgment to file a notice of appeal.     This period can only be extended if excusable neglect or good cause is shown.

     **DATED** this 26th day of January, 2016

                              **JUSTINE FLANAGAN, ACTING CLERK**

                              **BY:** _/s/ Angela Vehlewald_
                                  **Deputy Clerk**

**Approved by** _/s/ Stephen C. Williams_
           **United States Magistrate Judge**
               **Stephen C. Williams**